IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 3:16-CV-001936-M |
| ERNEST RICHARDS, Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendant's motion to reconsider, if any, is **DENIED**, and the plaintiff is awarded $2,932.50 in attorneys' fees.

**SIGNED** this 14 day of July, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE